# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| OLUWAMUYIWA AWODIYA,<br>*Plaintiff,*<br><br>-v-<br><br>ROSS UNIVERSITY SCHOOL OF<br>MEDICINE, SCHOOL OF<br>VETERINARY MEDICINE LIMITED,<br>*Defendant.* | Case No. 0:18-cv-60482-RKA<br><br>Hon. Judge: Roy K. Altman<br>Magistrate Judge: Patrick M. Hunt |

**NOTICE OF APPEAL**

FILED BY ___ D.C.
JUL 17 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

Notice is hereby given that *pro se* plaintiff Oluwamuyiwa Awodiya ("Plaintiff") in the above named case hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Order Closing Case [ECF No. 210] that granted summary judgment in favor of the defendant Ross University School of Medicine, School of Veterinary Medicine Limited, entered in this action on the 18th day of June, 2019 and the corresponding Final Judgment order [ECF No. 211] entered in this action on the 20th day of June, 2019.

Please take further notice that in this action, the District Court previously granted Plaintiff leave to proceed in forma pauperis [ECF No. 10]. Therefore, "[a] party who was permitted to proceed in forma pauperis in the district-court action … may proceed on appeal in forma pauperis without further authorization." Fed. R. App. P. 24(a)(3).

1

DATED this 15th day of July, 2019:

Respectfully submitted,

_____

By: Oluwamuyiwa Awodiya, *pro se* litigant
15005 Dahlia Dr.
Bowie, MD 20721
(240) 602-1836
Plaintiff, in Proper Person

**CERTIFICATE OF SERVICE**

I do hereby certify that on this 15th day of July, 2019, I have caused a true and correct copy of the foregoing by mailing a copy to the Court, where the Court's CM/ECF system will send notification to the counsel of record.

_____

By: Oluwamuyiwa Awodiya, *pro se* litigant

PRESS FIRMLY TO SEAL

UNITED STATES POSTAL SERVICE. Retail

US POSTAGE PAID
Origin: 20718
07/15/19
2308370716-06

PRIORITY MAIL 2-Day®
0 Lb 2.60 Oz
1006

$7.35

EXPECTED DELIVERY DAY: 07/17/19

SHIP TO:
299 E BROWARD BLVD
STE 108
FORT LAUDERDALE FL 33301-1922

C019

USPS TRACKING NUMBER

9505 5105 6958 9196 2785 78

PS00001000014

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

USPS.COM/PICKUP

PRIORITY MAIL
FLAT RATE
POSTAGE REQUIRED

PRIORITY ★ MAIL ★

FROM:
Oluwamuyiwa Awoshua
15005 Dahlia Dr.
Bowie, MD 20721

TO:
U.S. Federal Building and Courthouse
299 East Broward Boulevard
Room 108
Fort Lauderdale, FL 33301

Label 228, March 2016     FOR DOMESTIC AND INTERNATIONAL USE