UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-60482-CIV-MOORE/Snow

OLUWAMUYIWA AWODIYA,

    Plaintiff,

vs.

ROSS UNIVERSITY SCHOOL OF MEDICINE,

    Defendant.

_____/

## ORDER

THIS CAUSE is before the Court on the Plaintiff's motion to proceed *in forma pauperis* (ECF No. 3), which was referred to United States Magistrate Judge, Lurana S. Snow. Being fully advised, it is hereby

ORDERED AND ADJUDGED as follows:

1. The motion to proceed *in forma pauperis* (ECF No. 3) is GRANTED. The plaintiff may proceed without prepayment of costs or fees or the necessity of giving security therefor in the above-entitled cause.

2. The plaintiff shall prepare the summonses and have them issued by the Clerk of the Court.

3. The United States Marshal shall serve the defendant with the summons and a copy of the complaint.

DOE AND ORDERED at Fort Lauderdale, Florida, this 8th day of March, 2018.

*[signature]*
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

Oluwamuyiwa Awodiya (Via U.S. Mail)
15005 Dahlia Dr.
Bowie, MD 20721