U.S. COURT OF APPEALS
RECEIVED
CLERK

AUG 0 2 2019

ATLANTA, GA

**U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT**

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT (CIP)**

Oluwamuyiwa Awodiya _____ _vs._ Ross University School of Medi _____ Appeal No. **19-12832-D** _____

11th Cir. R. 26.1-1(a) (enclosed) requires the appellant or petitioner to file a Certificate of Interested Persons and Corporate Disclosure Statement (CIP) with this court within 14 days after the date the case or appeal is docketed in this court, and to include a CIP within every motion, petition, brief, answer, response, and reply filed.  Also, all appellees, intervenors, respondents, and all other parties to the case or appeal must file a CIP within 28 days after the date the case or appeal is docketed in this court. **You may use this form to fulfill these requirements.**  In alphabetical order, with one name per line, please list all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case or appeal, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party.

*(please type or print legibly)*:

Altman, Roy (District Judge)

Awodiya, Oluwamuyiwa (Pro Se Plaintiff)

Green, Octavia (Defendant's Attorney)

Kind, Donnie (Defendant's Attorney)

Roman, Ryan (Defendant's Attorney)

Ross University School of Medicine (Defendant)

Rev.: 12/16

## CERTIFICATE OF SERVICE

I do hereby certify that on this 31st day of July, 2019, I have caused a true and correct copy

of the foregoing by emailing a copy to the following:

**Ryan Roman**
Akerman Senterfitt
Suntrust International Center
1 SE 3rd Avenue
25th Floor
Miami, FL 33131-1714
305-374-5600
Fax: 305-374-5095
Email:
ryan.roman@akerman.com

**Octavia Monique Green**
Akerman LLP
Three Brickell City Centre
98 Southeast Seventh Street
Suite 1100
Miami, FL 33131
(305) 982-5670
Email:
octavia.green@akerman.com

By: Oluwamuyiwa Awodiya, *pro se* litigant

**PRESS FIRMLY TO SEAL**

PRIORITY MAIL
FLAT RATE
POSTAGE REQUIRED





VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:

Oluwamuyiwa Awediya
15005 Dahlia Dr.
Bowie, MD 20721

CLEARED SECURITY

AUG 02 2019

U.S. MARSHALL SERVICE
ATLANTA, GEORGIA

**TO:**

Clerk of Court
56 Forsyth St., N.W.
Atlanta, Georgia 30303

To schedule free
Package Pickup,
scan the QR code.



USPS.COM/PICKUP

Label 228, March 2016          FOR DOMESTIC AND INTERNATIONAL USE

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; October 2016; All rights reserved.