# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| OLUWAMUYIWA AWODIYA,<br><br>  APPELLANT,<br><br>  vs.<br><br>ROSS UNIVERSITY SCHOOL OF MEDICINE, SCHOOL OF VETERINARY MEDICINE LIMITED<br><br>  APPELLEE. | Appeal No. 19-12832-D<br><br>*On Appeal from the United States District Court for the Southern District of Florida, the Honorable Roy Altman, Civil Number 0:18-cv-60482-RKA* |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 26.1-1, appellee Ross University School of Medicine, School of Veterinary Medicine Limited ("Ross University") submits this Certificate of Interested Persons and Corporate Disclosure Statement. Counsel for Ross University certifies that the following have or may have an interest in the outcome of this case:

1. Akerman LLP

2. Altman, Roy K. (Trial Judge)

3. Awodiya, Oluwamuyiwa

4. Green, Octavia M., Esq.

49818747;1

Appeal No. 19-12832-D
*Awodiya v. Ross Univ.*

5. King, Donnie M., Esq.

6. Marsh, Michael C., Esq.

7. Roman, Ryan A., Esq.

8. Ross University School of Medicine, School of Veterinary Medicine Limited

Dated: August 15, 2019                   Respectfully submitted,

*s/Michael C. Marsh*
MICHAEL C. MARSH
Florida Bar Number: 0072796
Email: michael.marsh@akerman.com
Secondary: sharon.luesang@akerman.com
RYAN ROMAN
Florida Bar Number: 0025509
Email: ryan.roman@akerman.com
Secondary: dorothy.matheis@akerman.com

**AKERMAN LLP**
98 SE 7th Street, Suite 1100
Miami, FL 33131
Phone: (305) 374-5600
Fax: (305) 374-5095

*Attorneys for Appellee Ross University School of Medicine, School of Veterinary Medicine Limited*

Appeal No. 19-12832-D
*Awodiya v. Ross Univ.*

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. App. P. 26.1 and 11th Cir. R. 26.1, counsel for Appellee Ross University School of Medicine, School of Veterinary Medicine Limited ("Ross University"), a non-governmental party, states that Ross University's parent entity is Adtalem Global Education, Inc. ("Adtalem"; ticker: ATGE), which is a publicly held corporation. No other publicly held corporation owns 10% or more of Adtalem's stock.

Dated: August 15, 2019

Respectfully submitted,

*s/Michael C. Marsh*
MICHAEL C. MARSH
Florida Bar Number: 0072796
Email: michael.marsh@akerman.com
Secondary: sharon.luesang@akerman.com
RYAN A. ROMAN
Florida Bar Number: 0025509
Email: ryan.roman@akerman.com
Secondary: dorothy.matheis@akerman.com

**AKERMAN LLP**
98 SE 7th Street, Suite 1100
Miami, FL 33131
Phone: (305) 374-5600
Fax: (305) 374-5095

*Attorneys for Appellee Ross University School of Medicine, School of Veterinary Medicine Limited*