# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

August 30, 2019

Octavia Monique Green
Akerman, LLP
98 SE 7TH ST STE 1100
MIAMI, FL 33131

Appeal Number: 19-12832-DD
Case Style: Oluwamuyiwa Awodiya v. Ross University School
District Court Docket No: 0:18-cv-60482-RKA

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

The following action has been taken in the referenced case:

Appellee's brief is currently due 9/26/2019, an extension of time has been granted to and including 10/10/2019.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Bradly Wallace Holland, DD
Phone #: 404-335-6181

EXT-1 Extension of time