IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 19-12832-DD
_____

OLUWAMUYIWA AWODIYA,

                                            Plaintiff - Appellant,

versus

ROSS UNIVERSITY SCHOOL OF MEDICINE,
School of Veterinary Medicine Limited,

                                            Defendant - Appellee.

_____

On Appeal from the United States
District Court for the Northern District of Florida
_____

ORDER:

Appellant's "Motion for Email Notifications of Docket Activity," construed as a motion for permission to electronically file through the Court's electronic case filing system in this appeal, is GRANTED. Appellant may receive notices of docket activity and submit documents through the Court's electronic case filing system in this appeal.

Appellant is directed to sign up for CM/ECF access within twenty-one (21) days of the date of this order, and Appellant must notify this Court's Clerk's Office once he has registered.

Appellant is still required to file the requisite number of paper copies of any briefs. *See* 11th Cir. R. 31-3 ("Use of the ECF system does not modify the requirement that counsel must provide to the court seven paper copies of a brief.").

The Court cautions Appellant that it may revoke Appellant's CM/ECF permission if Appellant abuses the electronic filing privilege.

    /s/   Charles R. Wilson  
UNITED STATES CIRCUIT JUDGE