IN THE UNITED STATES COURT OF APPEALS
ELEVENTH CIRCUIT

USCA Case No. 19-12832-D
United States District Court, Southern District of Florida
Case No.: 0:18-cv-60482-RKA

OLUWAMUYIWA AWODIYA

Plaintiff/Appellant,

v.

ROSS UNIVERSITY SCHOOL OF MEDICINE, SCHOOL OF VETERINARY MEDICINE LIMITED

Defendant/Appellee

**APPELLEE'S AMENDED UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER BRIEF TO APPELLANT'S INITIAL BRIEF**

MICHAEL C. MARSH
RYAN A. ROMAN
DONNIE M. KING
OCTAVIA M. GREEN
**AKERMAN LLP**
Three Brickell City Centre
98 Southeast Seventh Street, Suite 1100
Miami, Florida 33131
Tel: (305) 374-5600
Fax: (305) 374-5095

ATTORNEYS FOR APPELLEE

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 26.1-1, appellee Ross University School of Medicine, School of Veterinary Medicine Limited ("Ross University") submits this Certificate of Interested Persons and Corporate Disclosure Statement. Counsel for Ross University certifies that the following have or may have an interest in the outcome of this case:

1. Adtalem Global Education Inc.

2. Akerman LLP

3. Altman, Roy K. (Trial Judge)

4. Awodiya, Oluwamuyiwa

5. Green, Octavia M., Esq.

6. King, Donnie M., Esq.

7. Marsh, Michael C., Esq.

8. Roman, Ryan A., Esq.

9. Ross University School of Medicine, School of Veterinary Medicine Limited

50380743;2

Appeal No. 19-12832-D
*Awodiya v. Ross Univ.*

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. App. P. 26.1 and 11th Cir. R. 26.1, counsel for Appellee Ross University School of Medicine, School of Veterinary Medicine Limited ("Ross University"), a non-governmental party, states that Ross University's parent entity is Adtalem Global Education Inc. ("Adtalem"; ticker: ATGE), which is a publicly held corporation. BlackRock, Inc. (ticker: BLK) is a publicly traded company and owns 10.9% of Adtalem's stock.

Appeal No. 19-12832-D
*Awodiya v. Ross Univ.*

# APPELLEE'S AMENDED UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER BRIEF

Appellee (Defendant below), Ross University School of Medicine, School of Veterinary Medicine Limited ("Ross University"), pursuant to Federal Rules of Appellate Procedure 26, 28 and 31, and Eleventh Circuit Rules 31-1 and 31-2, files this amended unopposed motion requesting a brief 14-day extension of time, up to and including Thursday, October 24, 2019, in which to file its Answer Brief to the Initial Brief filed by Appellant Oluwamuyiwa Awodiya ("Mr. Awodiya"), and states in support as follows:

Mr. Awodiya filed his Initial Brief on August 28, 2019. Ross University's Answer Brief was due to be filed on September 26, 2019. Ross University sought an initial extension of time of 14-days, up to and including Thursday, October 10, 2019, which the clerk granted.

Ross University demonstrates extraordinary circumstances herein, which were unforeseen at the time it requested the initial extension of time.

On September 30, 2019, undersigned counsel was retained on a separate emergency matter in Dallas, Texas. The new matter required undersigned counsel, Ryan Roman and Donnie King, to travel multiple times between Dallas, Texas and Miami, Florida from October 1 through October 4 for hearings on two (2) emergency motions for temporary restraining orders. The Texas Court also set a separate

4

preliminary injunction hearing for October 14, 2019, which will again require Messrs. Roman and King, and possibly Michael Marsh, to prepare and travel between Dallas, Texas and Miami, Florida over the upcoming weeks. Counsel could not have foreseen retention on this emergency matter at the time of seeking the initial 14-day extension of time. Due to the complex issues in this appeal and counsel's current caseload, Ross University respectfully request a 14-day extension of time to file its Answer Brief to the Initial Brief filed by Mr. Awodiya on appeal. The total length of both the initial and instant extensions will be 28 days.

<u>Certificate of Consultation</u>. Pursuant to Eleventh Circuit Rule 26-1, Mr. Awodiya has authorized the undersigned to indicate he has no objection to the requested extension of time.

 WHEREFORE, Appellee Ross University respectfully requests this Court to extend the time in which to file its Answer Brief for 14-days, up to and including October 24, 2019.

50380743;2

Appeal No. 19-12832-D
*Awodiya v. Ross Univ.*

Dated: October 7, 2019

Respectfully submitted,

*/s/Michael C. Marsh*
MICHAEL C. MARSH
Florida Bar Number: 0072796
Email: michael.marsh@akerman.com
Secondary: sharon.luesang@akerman.com
RYAN A. ROMAN
Florida Bar Number: 0025509
Email: ryan.roman@akerman.com
Secondary: dorothy.matheis@akerman.com
DONNIE M. KING
Florida Bar Number: 101386
Email: donnie.king@akerman.com
Secondary: simone.tobie@akerman.com
OCTAVIA M. GREEN
Florida Bar Number: 119179
Email: octavia.green@akerman.com
Secondary: simone.tobie@akerman.com
**AKERMAN LLP**
98 SE 7th Street, Suite 1100
Miami, FL 33131
Phone: (305) 374-5600
Fax: (305) 374-5095

*Attorneys for Appellee Ross University School of Medicine, School of Veterinary Medicine Limited*

50380743;2

Appeal No. 19-12832-D
*Awodiya v. Ross Univ.*

## **CERTIFICATE OF COMPLIANCE**

I certify that this motion complies with the type-volume limitation set forth in Fed. R. App. P. 27(d)(2)(A).  This motion contains 373 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f).  This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6).  It has been prepared in a proportionally spaced typeface using Microsoft Word in 14 point Times New Roman font.

*/s/Michael C. Marsh*
Michael C. Marsh

Appeal No. 19-12832-D<br>*Awodiya v. Ross Univ.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 7, 2019 a true and correct copy of the foregoing document was served via email on:

Oluwamuyiwa Awodiya
15005 Dahlia Drive
Bowie, Maryland 20721
Telephone: (240) 602-1836
E-mail: drmuyiwa.a@gmail.com