IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 19-12832-DD

_____

OLUWAMUYIWA AWODIYA,

                                         Plaintiff - Appellant,

versus

ROSS UNIVERSITY SCHOOL OF MEDICINE,
School of Veterinary Medicine Limited,

                                         Defendant - Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

ORDER:

   The motion for an extension of time to and including October 24, 2019, in which to file Appellee's brief is GRANTED, with the appendix, if any, due seven (7) days from the filing of the brief.

                                                  /s/ Britt C. Grant
                                                 UNITED STATES CIRCUIT JUDGE