**United States Court of Appeals**
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith                                                                In Replying Give Number
Clerk                                                                          Of Case and Names of Parties

July 28, 2020

**NOTICE TO COUNSEL OR PARTIES IN CASES LISTED BELOW:**

The following cases are scheduled for oral argument during the week of **OCTOBER 26, 2020, IN MIAMI, FLORIDA. COURT WILL BE HELD TUESDAY-FRIDAY OF THIS WEEK. COUNSEL WILL RECEIVE A FINAL CALENDAR APPROXIMATELY 6-8 WEEKS IN ADVANCE OF THE SESSION ASSIGNING A SPECIFIC DATE OF ORAL ARGUMENT.**
*Please note that after an appeal is assigned to a specific day for oral argument, any change in or addition to counsel in the appeal requires leave of court. See General Order 36.*

If counsel has any insoluble scheduling conflicts which would interfere with argument during that week, please telephone this office **AS SOON AS POSSIBLE** at 404-335-6166 or email Jenifer_Tubbs@ca11.uscourts.gov.

**JENIFER TUBBS**
Court Sessions Supervisor

---
*PLEASE TELEPHONE THIS OFFICE IMMEDIATELY WITH ANY SCHEDULING REQUESTS. PLEASE REFER TO CALENDAR #2.*

| Case No. | Case Name |
|---|---|
| 19-10562 | Nikki McIntosh, et al. v. Royal Caribbean Cruises LTD. |
| 19-12834 | Matias Campiani, et al. v. U.S. Citizenship and Immigration Services, et al. |
| 17-15611 | United States v. Scott Trader |
| 19-12717 | United States v. Oral Russell |
| 18-12842 | Rebekka Behr, et al. v. James Campbell, et al. |
| 18-14496 | Elliott Gelber, et al. v. AKAL Security, Inc. |
| 19-11900 | Claire Lambert v. Signature Healthcare, LLC, et al. |
| 18-13532 | United States v. Joshua Rogers |
| 19-11747 | Mayte Lopez v. Acting Commissioner of Social Security Administration |
| 19-11660 | Yodalis Perez v. Commissioner of Social Security |
| 19-10783 | United States v. Thomas White |
| 19-11378 | United States v. Gabriel Dominguez |
| 19-12908 | People for the Ethical, et al v. United States Department of Agriculture, et al |
| 19-13690 | Travelers Property Casualty Co v. Ocean Reef Charters LLC |
| 19-12397 | United States v. Anthony Roper |
| 19-12832 | Oluwamuyiwa Awodiya v. Ross University School |