# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

---

Counsel presenting oral argument should appear in person at the Clerk's Office **NO LATER THAN 8:30 A.M.** on the day of the hearing

Clerk's Office
Federal Justice Building
99 N.E. 4th Street
Miami, Florida 33132
(305) 579-4430

HEARING LOCATION

12th Floor Courtroom
James Lawrence King Federal Justice
99 N.E. 4th Street
MIAMI, FLORIDA

COURT CONVENES AT 9:00 A.M.
(unless otherwise shown)

DAVID J. SMITH
Clerk of Court
United States Court of Appeals
for the Eleventh Circuit
(404) 335-6100

---

The court has determined that the cases listed below are to be orally argued not to exceed **fifteen** minutes per side. Argument time for those cases marked **\*** will not exceed twenty minutes per side unless altered by the presiding judge. Counsel for each party must present oral argument unless excused by the court for good cause shown. The following cases are assigned for hearing on the following dates:

### TUESDAY, OCTOBER 27, 2020

| | |
|---|---|
| 19-14650 | United States, Appellant v. Julian Garcon |
| 19-11747 | Mayte Lopez, Appellant v. Acting Commissioner of the Social Security Administration |
| 19-11660 | Yodalis Perez, Appellant v. Commissioner of Social Security |
| 19-12832 | Oluwamuyiwa Awodiya, Appellant v. Ross University School of Medicine |

### WEDNESDAY, OCTOBER 28, 2020

| | |
|---|---|
| 19-12717 | United States v. Oral Russell, Appellant |
| 19-11909 | United States v. Yamilet Diaz, Appellant |
| 19-13482 | Joel Lucoff, Appellant v. Navient Solutions, LLC, et al. |
| 19-13690 | Travelers Property Casualty Company of America v. Ocean Reef Charters LLC, Appellant |

### THURSDAY, OCTOBER 29, 2020

| | |
|---|---|
| 19-11378 | United States v. Gabriel Dominguez, Appellant |
| 19-12834 | Matias Campiani, et al., Appellants v. U.S. Citizenship and Immigration Services, et al. |
| 19-11900 | Claire Lambert v. Signature Healthcare, LLC, et al., Appellants |
| 19-13674 | Southeast Power Group, Inc., Appellant v. Vision 33, Inc, et al. |

### FRIDAY, OCTOBER 30, 2020

| | |
|---|---|
| 19-10783 | United States v. Thomas White, Appellant |
| 18-13532 | United States v. Joshua Rogers, Appellant |
| 19-10562 | Nikki McIntosh, et al., Appellants v. Royal Caribbean Cruises Ltd. |
| 19-14324 | Laura Goodloe v. Royal Caribbean Cruises, Ltd., Appellant |

ATLANTA, GEORGIA
08/31/20 - #2

**COUNSEL MUST REPORT TO THE CLERK'S OFFICE PRIOR TO 8:30 A.M. ON MORNING OF ORAL ARGUMENT.**