# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| OLUWAMUYIWA AWODIYA,<br><br>*Plaintiff-Appellant,*<br><br>-v-<br><br>ROSS UNIVERSITY SCHOOL OF MEDICINE, SCHOOL OF VETERINARY MEDICINE LIMITED,<br><br>*Defendant-Appellee.* | Appeal No. 19-12832-DD<br><br>On Appeal from the United States District Court for the Southern District of Florida<br>Case No. 0:18-cv-60482-RKA |

## APPELLANT'S UNOPPOSED MOTION TO PARTICIPATE IN ORAL ARGUMENT VIA AUDIO OR VIDEO CONFERENCING

Oluwamuyiwa Awodiya, *pro se* litigant
15005 Dahlia Dr.
Bowie, MD 20721
(240) 602-1836
Plaintiff-Appellant, in Proper Person

# CERTIFICATE OF INTERESTED PERSONS

Akerman LLP, Law firm for Defendant-Appellee

Altman, Roy K., U.S. District Court Judge

Awodiya, Oluwamuyiwa, *Pro se* Plaintiff-Appellant

Green, Octavia M., Attorney for Defendant-Appellee

King, Donnie M., Attorney for Defendant-Appellee

Marsh, Michael C., Attorney for Defendant-Appellee

Roman, Ryan A., Attorney for Defendant-Appellee

Ross University School of Medicine, School of Veterinary Medicine Limited, Defendant-Appellee

# APPELLANT'S UNOPPOSED MOTION TO PARTICIPATE IN ORAL ARGUMENT VIA AUDIO OR VIDEO CONFERENCING

*Pro se* plaintiff-appellant Oluwamuyiwa Awodiya ("Plaintiff"), pursuant to Amended General Order No. 45, respectfully requests to participate in the oral argument scheduled for October 27, 2020, via audio or video conferencing.

There is currently a COVID-19 pandemic and a national effort to prevent the spread of the virus. *See* Amended General Order No. 45. Plaintiff is a resident of the state of Maryland and does not live in the state of Florida.

Defendant-appellee Ross University School of Medicine, School of Veterinary Medicine Limited has indicated that it does not oppose the relief sought in this motion.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order permitting Plaintiff to participate in the oral argument scheduled for October 27, 2020, via audio or video conferencing.

DATED this 26th day of September, 2020:

Respectfully submitted,

*/s/Oluwamuyiwa Awodiya*
By: Oluwamuyiwa Awodiya, *pro se* litigant
15005 Dahlia Dr.
Bowie, MD 20721
(240) 602-1836
Plaintiff-Appellant, in Proper Person

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the type-volume limitation set forth in Fed. R. App. P. 27(d)(2)(A). This motion contains 137 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f). This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6). It has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 26, 2020 a true and correct copy of the foregoing document was served via ECF on the counsel of record.

*/s/Oluwamuyiwa Awodiya*
By: Oluwamuyiwa Awodiya, *pro se* litigant
