IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 19-12832-X
_____

OLUWAMUYIWA AWODIYA,

                                                                      Plaintiff - Appellant,

versus

ROSS UNIVERSITY SCHOOL OF MEDICINE,
School of Veterinary Medicine Limited,

                                                                        Defendant - Appellee.
_____

Appeal from the United States District Court
for the Southern District of Florida
_____

ORDER:

    Appellant's motion to participate in oral argument via audio or video conferencing is hereby GRANTED.

                                                   DAVID J. SMITH
                               Clerk of the United States Court of
                               Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION