# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 07, 2020

Oluwamuyiwa Awodiya
15005 DAHLIA DR
BOWIE, MD 20721

Ryan Alan Roman
Akerman, LLP
98 SE 7TH ST STE 1100
MIAMI, FL 33328

Appeal Number: 19-12832-X
Case Style: Oluwamuyiwa Awodiya v. Ross University School
District Court Docket No: 0:18-cv-60482-RKA

Counsel,

In view of the circumstances surrounding the COVID-19 pandemic, the Court wishes to advise the attorneys of record that oral argument in the cases scheduled to be heard during the week of October 26, 2020, in Miami, Florida, will not be conducted in person.

Instead, the Court offers two options for attorneys who intend to orally argue any of those cases. They may:

(1) File a motion to submit the case on the briefs, which the panel will give serious consideration, particularly if the motion is filed jointly[1], no later than October 16, 2020, or

(2) Participate in oral argument by audio conference from any location other than the courthouse.

The judges on the panel will conduct the oral argument proceedings and participate in them by audio conference. The usual order of arguments and time limits will apply.

Attorneys who are participating in an argument will be able to dial in by phone and enter an access code. The Clerk's Office, with the assistance of the Court's IT Department, will make the necessary arrangements and notify attorneys who will participate in the arguments of the technical details.
Please email Stephanie_Tisa@ca11.uscourts.gov to confirm receipt of this notice.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Stephanie Tisa  Phone

---

[1] Pursuant to the 11th Cir. R. 34-3(f), the judges of the panel may also decide that certain appeals on the calendar "will be decided by the panel without oral argument."

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Stephanie Tisa
Phone #: (305) 579-4432

                                                               LetterHead Only