UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

**Case No. 19-12832-D**
District Court Case No. 0:18-cv-60482-RKA

OLUWAMUYIWA AWODIYA,

                Plaintiff/Appellant,

v.

ROSS UNIVERSITY SCHOOL OF MEDICINE, SCHOOL OF VETERINARY MEDICINE LIMITED,

                Defendant-Appellee.

**JOINT MOTION TO SUBMIT CASE ON THE BRIEFS**

*Awodiya v. Ross Univ.*
Case No. 19-12832-D
Page C-1 of 1

# CERTIFICATE OF INTERESTED PERSONS

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1-1, 26.1-2, and 26.1-3, the parties certify that the Certificate of Interested Persons filed by Appellant on August 28, 2019, as supplemented by the submissions of Appellee, is complete.

Pursuant to the Clerk of Court's letter dated October 7, 2020, Appellant Oluwamuyiwa Awodiya and Appellee Ross University School of Medicine, School of Veterinary Medicine Limited jointly move to submit this case on the briefs.

In support of their motion, the parties state:

1.  On October 7, 2020, the Clerk of Court sent a letter to the parties advising them that oral argument, which is currently scheduled or October 27, 2020, will not be conducted in person due to the COVID-19 pandemic. The letter advises the parties that they may file a motion to submit the case on the briefs or may participate telephonically in oral argument.

2.  In his Opening Brief, dated August 28, 2019, Appellant stated that oral argument is unnecessary. *See* Opening Brief at pg. ii. Likewise, in its Answer Brief, Appellee stated that it did not believe oral argument would benefit the Court in this case. *See* Answer Brief at pg. i.

3.  In light of the Clerk of Court's invitation for the parties to file a joint motion, the parties hereby request that the Court consider this case on the briefs and forego oral argument.

4.  Counsel for Appellee has consulted with Appellant and is authorized to submit this request on behalf of the parties.

*Awodiya v. Ross Univ.*
Case No. 19-12832-D

Accordingly, the parties jointly request that the Court permit the parties to submit this case on the briefs.

Dated: October 12, 2020

    Respectfully submitted,

*/s/Michael C. Marsh*
MICHAEL C. MARSH
Florida Bar Number: 0072796
michael.marsh@akerman.com
joan.davis@akerman.com
RYAN ROMAN
Florida Bar Number: 0025509
ryan.roman@akerman.com
lauren.changwilliams@akerman.com
DONNIE M. KING
Florida Bar Number: 101386
Email: donnie.king@akerman.com
Secondary: joan.davis@akerman.com
**AKERMAN LLP**
98 SE 7th Street, Suite 1100
Miami, FL 33131
Phone: (305) 374-5600
Fax: (305) 374-5095

*Attorneys for Appellee Ross University School of Medicine, School of Veterinary Medicine Limited*

*Awodiya v. Ross Univ.*
Case No. 19-12832-D

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 12, 2020 a true and correct copy of the foregoing document was served via ECF and email on:

Oluwamuyiwa Awodiya
15005 Dahlia Drive
Bowie, Maryland 20721
Telephone: (240) 602-1836
E-mail: drmuyiwa.a@gmail.com

/s/*Ryan Roman*
Ryan Roman

4