IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

───────────────────────

No. 19-12832-X

───────────────────────

OLUWAMUYIWA AWODIYA,

                                                    Plaintiff - Appellant,

versus

ROSS UNIVERSITY SCHOOL OF MEDICINE,
School of Veterinary Medicine Limited,

                                                    Defendant - Appellee.

───────────────────────

Appeal from the United States District Court
for the Southern District of Florida

───────────────────────

Before: JORDAN, JILL PRYOR and BRANCH, Circuit Judges.

BY THE COURT:

    The parties' joint motion to submit this appeal on the briefs is hereby GRANTED.