UNITED STATES COURT OF APPEALS
For the Eleventh Circuit

_____

No. 19-12832

_____

District Court Docket No.
0:18-cv-60482-RKA

OLUWAMUYIWA AWODIYA,

                                      Plaintiff - Appellant,

versus

ROSS UNIVERSITY SCHOOL OF MEDICINE,
School of Veterinary Medicine Limited,

                                      Defendant - Appellee.

_____

Appeal from the United States District Court for the
Southern District of Florida

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: May 24, 2021
For the Court: DAVID J. SMITH, Clerk of Court
By: Jeff R. Patch